# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| PATRICIA WYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action File No.: |
| ) | 4:08-cv-0106-HLM-WEJ |
| PORTFOLIO RECOVERY, ) | |
| ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DEFENDANT'S ANSWER TO AMENDED COMPLAINT

COMES NOW, Portfolio Recovery Associates, LLC, Defendant in the above-styled action, by and through its undersigned counsel, and submits this Answer to Plaintiff's Amended Complaint by stating as follows:

## FIRST DEFENSE

Any alleged act or omission causing any damage alleged by Plaintiff was not the result of willful conduct.

## SECOND DEFENSE

Plaintiff's Amended Complaint does not state a claim against this Defendant upon which relief may be granted.

1

## THIRD DEFENSE

Defendant acted in good faith at all times and did not mislead, deceive, or misrepresent any facts to Plaintiff.

## FOURTH DEFENSE

Any alleged act or omission of Defendant was not intentional and was the result of a *bona fide* error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## FIFTH DEFENSE

Defendant is not the cause of any damage alleged by Plaintiff.

## SIXTH DEFENSE

Plaintiff has not suffered any actual damage.

## SEVENTH DEFENSE

Plaintiff's claims are subject to arbitration pursuant to the credit card agreement entered into by Plaintiff; therefore, this is the wrong forum for this matter.

## EIGHTH DEFENSE

Subject to and without waiving any above-referenced defenses, Defendant responds to Plaintiff's Amended Complaint as follows:

## PRELIMINARY STATEMENT

1. Defendant admits that Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA"). Defendant denies that it has violated the FDCPA.

## PARTIES

2. Defendant admits the allegations in Paragraph 2 of the Amended Complaint.

3. Defendant admits the allegations in Paragraph 3 of the Amended Complaint.

4. Defendant admits the allegations in Paragraph 4 of the Amended Complaint.

5. Defendant denies the allegations in Paragraph 5 of the Amended Complaint.

6. Defendant admits the allegations in Paragraph 6 of the Amended Complaint.

## JURISDICTION AND VENUE

7. Defendant admits the allegations in Paragraph 7 of the Amended Complaint.

8. Defendant denies the allegations in Paragraph 8 of the Amended Complaint and asserts that this matter should properly be handled in arbitration.

## FACTUAL ALLEGATIONS

9. Defendant denies the allegation in Paragraph 9 of the Amended Complaint.

10. Defendant admits the allegations in Paragraph 10 of the Amended Complaint.

11. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 11 of the Amended Complaint. Insofar as Defendant is required to respond to these allegations, Defendant denies same.

12. Defendant denies the allegations in Paragraph 12 of the Amended Complaint.

13. Defendant admits the allegations in Paragraph 13 of the Amended Complaint.

14. Defendant admits the allegations in Paragraph 14 of the Amended Complaint.

15. Defendant denies the allegations in Paragraph 15 of the Amended Complaint.

16. Defendant denies the allegations in Paragraph 16 of the Amended Complaint.

17. Defendant admits the allegations in Paragraph 17 of the Amended Complaint.

18. Defendant admits the allegations in Paragraph 18 of the Amended Complaint.

19. Defendant denies the allegations in Paragraph 19 of the Amended Complaint.

20. Defendant denies the allegations in Paragraph 20 of the Amended Complaint.

21. Defendant admits the allegations in Paragraph 21 of the Amended Complaint.

22. Defendant admits the allegations in Paragraph 22 of the Amended Complaint.

23. Defendant denies the allegations in Paragraph 23 of the Amended Complaint.

24. Defendant denies the allegations in Paragraph 24 of the Amended Complaint.

25. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 25 of the Amended Complaint.  Insofar as Defendant is required to respond to these allegations, Defendant denies same.

26. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 26 of the Amended Complaint.  Insofar as Defendant is required to respond to these allegations, Defendant denies same.

27. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 27 of the Amended Complaint.  Insofar as Defendant is required to respond to these allegations, Defendant denies same.

28. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 28 of the Amended Complaint.  Insofar as Defendant is required to respond to these allegations, Defendant denies same.

29. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 29 of the Amended Complaint. Insofar as Defendant is required to respond to these allegations, Defendant denies same.

30. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 30 of the Amended Complaint. Insofar as Defendant is required to respond to these allegations, Defendant denies same.

31. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 31 of the Amended Complaint. Insofar as Defendant is required to respond to these allegations, Defendant denies same.

32. Defendant admits that a lawsuit was filed on its behalf against Plaintiff in the Superior Court of Chattooga County, Georgia on June 2, 2008.

33. Defendant denies that Paragraph 33 of the Amended Complaint requires a response in that the allegations in the Complaint speak for themselves.

34. Defendant admits the allegations in Paragraph 34 of the Amended Complaint.

35. Defendant admits the allegations in Paragraph 35 of the Amended Complaint.

36. Defendant denies the allegations in Paragraph 36 of the Amended Complaint.

37. Defendant denies the allegations in Paragraph 37 of the Amended Complaint.

38. Defendant denies the allegations in Paragraph 38 of the Amended Complaint.

39. Defendant denies the allegations in Paragraph 39 of the Amended Complaint.

40. Defendant denies the allegations in Paragraph 40 of the Amended Complaint.

41. Defendant denies the allegations in Paragraph 41 of the Amended Complaint.

42. Defendant denies the allegations in Paragraph 42 of the Amended Complaint.

## **CAUSE OF ACTION**

43. Defendant denies the allegations in Paragraph 43 of the Amended Complaint.

44. Defendant denies the allegations in Paragraph 44 of the Amended Complaint.

45. Defendant denies the allegations in Paragraph 45 of the Amended Complaint.

46. Defendant denies the allegations in Paragraph 46 of the Amended Complaint.

47. Defendant denies the allegations in Paragraph 47 of the Amended Complaint.

48. Defendant denies the allegations in Paragraph 48 of the Amended Complaint.

49. Defendant denies all remaining allegations contained in the Amended Complaint not specifically admitted herein.

WHEREFORE, Defendant respectfully requests that this honorable Court dismiss Plaintiff's Amended Complaint in its entirety with prejudice, and cast all fees and expenses as a result of this action against Plaintiff.

RESPECTFULLY SUBMITTED this 10th day of October, 2008.

                                                           FRANZÉN AND SALZANO, P.C.

                                                           /s/ Keary Floyd
                                                           John H. Bedard, Jr.
                                                           Georgia Bar No. 043473
                                                           Keary Floyd
                                                           Georgia Bar No. 142398

40 Technology Parkway South, Suite 202
Norcross, Georgia 30092-2906
(770) 248-2885 (Phone)
(770) 248-2883 (Fax)
kfloyd@franzen-salzano.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| PATRICIA WYNN, )<br>)<br>    Plaintiff, )<br>)<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY, )<br>ASSOCIATES, LLC, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action File No.:<br>4:08-cv-0106-HLM-WEJ |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2008, I electronically filed Defendant's Answer to Plaintiff's Amended Complaint with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Lisa D. Wright
attorneywright@prodigy.net


FRANZÉN AND SALZANO, P.C.

/s/ Keary Floyd
Keary Floyd
Georgia Bar No. 142398